James M. Seedorf
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522

Attorneys for Defendants

RECEIVED
APR 1 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD L. GIBSON,<br><br>        Plaintiff,<br><br>vs.<br><br>NOVA COMMUNICATION SERVICES LLC AND FRED STROHMEYER,<br><br>        Defendants. | Case No. A06-78 Civil TMB<br><br><br><br><br><br>**NOTICE OF REMOVAL** |

TO:   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

This notice of defendants Nova Communication Services LLC and Fred Strohmeyer respectfully shows:

1. That on the 9th day of March, 2006, an action was commenced against defendants in the Superior Court for the State of Alaska at Anchorage, entitled Ronald L. Gibson v. Nova Communication Services LLC and Fred Strohmeyer, Case No. 3AN-06-5888 Civil. Copies of the summons and complaint were served on

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Removal
Gibson v. Nova Communication Services LLC
Page 1 of 5

defendants on March 20, 2006. The complaint stated that the amount of damages being sought by plaintiff in this case was not specific, but was in an amount in excess of $100,000. In his complaint, plaintiff makes a claim for compensatory and punitive damages in an amount exceeding $175,000. These demands clearly indicate that the amount actually in controversy exceeds $75,000.

2.      That this notice of removal is being filed pursuant to Title 28, United States Code § 1446(a) and (b) within thirty (30) days after receipt by defendant Nova Communication Services LLC of the above-referenced supplemental summons and complaint. Copies of all papers found by defendant Nova Communication Services LLC in the file of the District Court for the State of Alaska, Third Judicial District, concerning this action are attached hereto in accordance with Title 28, United States Code § 1446(a):

| | |
|---|---|
| **Exhibit A** | **Complaint dated March 9, 2006** |
| **Exhibit B** | **Summons to Nova Communication Services dated March 9, 2006** |
| **Exhibit C** | **Summons to Fred Strohmeyer dated March 9, 2006** |
| **Exhibit D** | **Case Description Form, undated** |
| **Exhibit E** | **Counsel of Record Form, undated** |

<u>See</u> **Exhibits A-E, attached.**

3.      This court has original jurisdiction of this action pursuant to Title 28, U.S.C. Section 1332(a), and this action may be removed to United States District Court pursuant to Title 28, U.S.C. Section 1441, in that it is a civil action, the sum in

Hughes Bauman Pfiffner Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

controversy exceeds $75,000, exclusive of interest and costs, and complete diversity exists between the parties to this lawsuit.

On information and belief, at the time this action was commenced, Ronald L. Gibson alleges that he was a resident of Alaska in his complaint. Defendants believe that he returned to his home in Missouri after his work on the project was completed.

At the time this action was commenced, defendant Nova Communication Services LLC was and is a corporation incorporated under the laws of the State of Virginia with its principal place of business in the state of North Carolina.

At the time this action was commenced, defendant Fred Strohmeyer was a resident of the state of North Carolina.

4. Defendant Nova Communication Services LLC will pay all costs and disbursements incurred by reason of removal proceedings hereby brought should it be determined that this case is not removable or is improperly removed.

WHEREFORE defendants give notice that this action formerly pending in the Superior Court for the State of Alaska, Third Judicial District, is hereby removed to this court.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

DATED at Anchorage, Alaska, this 10th day of April, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF LLC
Attorneys for Defendants

By: _____
James M. Seedorf
ABA No. 7710164

3900 C Street, Suite 1001
Anchorage, Alaska 99503
907-263-8225/907-263-8320 (fax)
jms@hbplaw.net

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

## VERIFICATION

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

James M. Seedorf, being first duly sworn, deposes and states that he is the attorney for Nova Communication Services LLC and Fred Strohmeyer, defendants above named; that he knows the contents of this notice of removal and that the same are true and accurate to the best of his knowledge and belief; and that he voluntarily executed the foregoing notice of removal and was fully authorized to do so on behalf of Nova Communication Services LLC and Fred Strohmeyer.

_____
James M. Seedorf

SUBSCRIBED AND SWORN TO before me this 10 day of April, 2006.

_____
Notary Public in and for Alaska
My commission expires: 2/3/08

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below a true and correct copy of the foregoing document was delivered via U.S. Mail to:

Howard L. Martin, Jr.
19876 War Admiral Road
Eagle River, AK 99577

DATED this 10th day of April, 2006.

_____
Michelle R. Martin

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*Notice of Removal*
*Gibson v. Nova Communication Services LLC*
Page 5 of 5