Ronald L. Gibson v. Nova Communication Services LLC and Fred Strohmeyer

Notice of Removal

Index of Exhibits

| | |
|---|---|
| Exhibit A | Complaint dated March 9, 2006 |
| Exhibit B | Summons to Nova Communication Services dated March 9, 2006 |
| Exhibit C | Summons to Fred Strohmeyer dated March 9, 2006 |
| Exhibit D | Case Description Form, undated |
| Exhibit E | Counsel of Record Form, undated |

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX