IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

Ronald L Gibson
_____
Plaintiff(s),

vs.

Nova Communications Svcs LLC
Fred Strehlmoyer
_____
Defendant(s).

CASE NO. 3AN-06-5888 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: Nova Communications Services LLC

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Howard L. Martin, Jr., whose address is: 19106 Way Admiral Road, Eagle River, AK 99577

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[✓] This case has been assigned to Superior Court Judge ___Tan___
and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

___3-7-06___                          By: ___K. _____
Date                                       Deputy Clerk

I certify that on ___3-7-06___ a copy of this Summons was [ ] mailed [✓] given to
[ ] plaintiff  [✓] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order  [ ] Civil Pre-Trial Order   B page 1 of 1
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (____)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55