

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

Donald L. Gibson
_____
Plaintiff(s),

vs.

Noss Communications Svcs LLC
_____
Fred Strohmeyer
Defendant(s).

CASE NO. 3AN-06-5888 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant:  Fred Strohmeyer

You are hereby summoned and required to file with the court a written answer to the complaint
which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave.,
Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition,
a copy of your answer must be sent to the plaintiff's attorney, Howard L Martin Jr
whose address is: 19976 West Autumnal Road, Eagle River, Alaska 99577

If you fail to file your answer within the required time, a default judgment may be entered
against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☑ This case has been assigned to Superior Court Judge _____ Tan
    and Master _____.

☐ This case has been assigned to District Court Judge _____.

CLERK OF COURT

3-7-06
_____
Date

By: _____
Deputy Clerk

I certify that on 3-7-06 a copy of this Summons was ☐ mailed ☑ given to
☐ plaintiff ☑ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)                                    Civil Rules 4, 5, 12, 42(c), 55