# CASE DESCRIPTION – SUPERIOR COURT

Case Number: _CC-5888CI_

Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D.

| SUPERIOR COURT MATTERS ||
|---|---|
| **CIVIL – SUPERIOR COURT**<br><br>**CONTRACT** – *Contract cases involving real property should be reported under the real property category.*<br>☐ Debt Collection (CISDEB)<br>☐ Claim Against Seller of Goods/Services (CISCLAIM)<br>☒ Employment Dispute (CISEMP)<br>☐ Other Contract (CISOCT)<br><br>**TORT**<br>☒ Intentional Tort (e.g., assault, battery, vandalism) (CISIT)<br>☐ Slander/Libel/Defamation (CISSLD)<br>☐ Product Liability (CISPL)<br>☐ Wrongful Death (CISPID)<br>Automobile Negligence:<br>　☐ Personal Injury Only (CISPIA)<br>　☐ Property Damage Only (CISPDA)<br>　☐ Both (CISIDA)<br>Other Negligence:<br>　☐ Personal Injury Only (CISPIO)<br>　☐ Property Damage Only (CISPDO)<br>　☐ Both (CISIDO)<br><br>**MALPRACTICE**<br>☐ Legal Malpractice (CISLMP)<br>☐ Medical Malpractice (CISMMP)<br>☐ Other Malpractice (CISOMP)<br><br>**REAL PROPERTY**<br>☐ Foreclosure (CISFOR)<br>☐ Condemnation (CISCNDM)<br>☐ Real Property Action (CISREM)<br><br>**OTHER CIVIL**<br>☐ Arbitration Proceeding (CISAP)<br>☐ Confession of Judgment (CISCCONF)<br>☐ Declaratory Judgment/Injunc. Relief (CISINJ)<br>☐ OSC Request – Admin Agency (CIOSC)<br>☐ Civil Bench Warrant Request – Admin Agency (CIBW)<br>☐ Writ of Habeas Corpus (CIWHC)<br>☐ Election Contest or Recount Appeal (CISELE)<br>☐ Other Civil Complaint (CISOCI). Describe: | **FORCIBLE ENTRY AND DETAINER – SUPERIOR COURT**<br>☐ Eviction – F.E.D. (CISFED)<br><br>**FOREIGN JUDGMENT – SUPERIOR COURT**<br>☐ Registration of Foreign Judgment (CISFOJ)<br><br>**POST-CONVICTION RELIEF TO SUPERIOR COURT**<br>☐ Post-Conviction Relief (CISPCR)<br><br>**DOMESTIC RELATIONS**<br><br>**DIVORCE WITHOUT CHILDREN**<br>☐ Divorce Without Children (CISDIV)<br><br>**DIVORCE OR CUSTODY WITH CHILDREN**<br>☐ Petition for Custody (CISCUS)<br>☐ Divorce With Children (CISDVC)<br><br>**LEGAL SEPARATION**<br>☐ Legal Separation With Children (CICLS)<br>☐ Legal Separation Without Children (CISLS)<br><br>**DOMESTIC RELATIONS OTHER**<br>☐ Ex Parte Application for OSC for Failure to Comply with Admin Order for Genetic Testing (CIOSCP)<br>☐ Action to Modify or Enforce Administrative Child Support Order (CIPCS)<br>☐ Petition for Order re: PFD or Native Dividend (CIPND)<br>☐ Establishment of Paternity (CISPAT)<br>☐ Disestablishment of Paternity (CIDPAT)<br>☐ Foreign Custody Order (Registration, Modification or Enforcement) (DR483)<br>☐ Foreign Support Order (Registration, Modification or Enforcement) (CIUIFSA)<br>☐ Registration of Foreign Domestic Relations Order (Not Support or Custody) (CIDRFJ)<br>☐ Petition for Annulment (CIANNUL)<br>☐ Petition for Visitation (CIVIS) |