COUNSEL OF RECORD

CASE NO. 3AN-06-5888CI

KEEP ON TOP OF FILE

| NAME | MAILING ADDRESS & PHONE NUMBER | FOR WHOM |
|---|---|---|
| Howard L Martin Jr | 19876 Wm Admiral Rd<br>Eagle River AK 99577<br>(907) 223-0215 | Plaintiff |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TF-900 (3/00)(5 ½ X 8 ½)(canary cdsk)