## SERVICE LIST OF ALL PARTIES

### Ronald L. Gibson v. Nova Communication Services LLC and Fred Strohmeyer

Plaintiff:

Howard L. Martin, Jr.
19876 War Admiral Road
Eagle River, AK  99577
907-271-5269

Defendants:

James M. Seedorf
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
email:  jms@hbplaw.net

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX