James M. Seedorf
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522

Attorneys for General Motors Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD L. GIBSON,<br><br>        Plaintiff,<br><br>vs.<br><br>NOVA COMMUNICATION SERVICES LLC AND FRED STROHMEYER,<br><br>        Defendants. | Case No. 3:06-cv-00078 TMB<br><br><br><br><br><br><br>**NOTICE OF COMPLIANCE** |

      Pursuant to 28 U.S.C.A. §1447(b) and this court's Order dated April 12, 2006, Defendants Nova Communication Services LLC and Fred Strohmeyer hereby certify that copies of all records and documents in the District Court file and the service list of counsel of record in this matter were filed with this court on April 10, 2006. The District Court pleadings included:

      1.      Complaint dated March 9, 2006

      2.      Summons to Nova Communication Services dated March 9, 2006

3.   Summons to Fred Strohmeyer dated March 9, 2006

4.   Case Description Form, undated

5.   Counsel of Record Form, undated

DATED at Anchorage, Alaska, this 13th day of April, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF LLC
Attorneys for Defendants


By:   /s
James M. Seedorf
ABA No. 7710164


3900 C Street, Suite 1001
Anchorage, Alaska 99503
907-263-8225/907-263-8320 (fax)
jms@hbplaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below
a true and correct copy of the foregoing
document was delivered via U.S. Mail to:

   Howard L. Martin, Jr.
   19876 War Admiral Road
   Eagle River, AK  99577

DATED this 13th day of April, 2006.

/s
   James M. Seedorf