James M. Seedorf
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522

Attorneys for General Motors Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD L. GIBSON,<br><br>      Plaintiff,<br><br>vs.<br><br>NOVA COMMUNICATION SERVICES LLC AND FRED STROHMEYER,<br><br>      Defendants. | Case No. 3:06-cv-00078 TMB<br><br>NOVA COMMUNICATION SERVICES LLC'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 |

COMES NOW the defendant, Nova Communication Services LLC ("Nova"), by and through its attorneys, HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF LLC, and hereby serves and files its disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Nova hereby states that Fred M. Strohmeyer holds a 34 percent economic interest in Nova. Designed Telecommunications, Inc. holds a 49 percent interest in Nova. There are no other ownership interests in excess of ten percent.

DATED at Anchorage, Alaska, this 13th day of April, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF LLC
Attorneys for Defendants


By: /s_____
James M. Seedorf
ABA No. 7710164


3900 C Street, Suite 1001
Anchorage, Alaska 99503
907-263-8225/907-263-8320 (fax)
jms@hbplaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below
a true and correct copy of the foregoing
document was delivered via U.S. Mail to:

  Howard L. Martin, Jr.
  19876 War Admiral Road
  Eagle River, AK  99577

DATED this 13th day of April, 2006.

/s_____
  James M. Seedorf