James M. Seedorf
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
email: jms@hbplaw.net

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD L. GIBSON<br><br>                    Plaintiff,<br><br>vs.<br><br>NOVA COMMUNICATION SERVICES LLC and FRED STROHMEYER,<br><br>                    Defendants. | Case No. 3:06-cv-00078-TMB<br><br>SCHEDULING AND PLANNING CONFERENCE REPORT |

1.   **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on **May 2, 2006** and was attended by:

   Howard Martin, attorney for plaintiff Ronald L. Gibson

   James Seedorf, attorney for defendants Nova Communication Services LLC and Fred Strohmeyer

The parties recommend the following:

2.   **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

    ____have been exchanged by the parties

    _X_ will be exchanged by the parties by **June 2, 2006**.

Proposed changes to disclosure requirements: **None**

Preliminary witness lists

    ____ have been exchanged by the parties

    _X_ will be exchanged by the parties by **July 7, 2006**

3.   **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

    **Liability and damages.**

4.   **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

      **Liability And damages**

    B. All discovery commenced in time to be completed by **December 29, 2006.** ("discovery close date").

    C. Limitations on Discovery.

      1. Interrogatories

        _X_ No change from F.R.Civ.P. 33(a)

        ____Maximum of ____by each party to any other party, including subparts.

        Responses due in ____days.

      2. Requests for Admissions.

        _X_ No change from F.R.Civ.P. 36(a).

        ____Maximum of _____requests.

      Responses due in     days.

   3.   Depositions.

      _X_ No change from F.R.Civ.P. 30(a), (d).

    ___ Maximum of ___ depositions by each party.

      Depositions not to exceed ____ hours unless agreed to by all parties.

D.   Reports from retained experts.

    Not later than 90 days before the close of discovery subject to F.R.Civ.P
____ 26(a)(2)(C).

  _X_ Reports due:

From plaintiff **September 15, 2006**     From defendant **September 29, 2006**

E.   Supplementation of disclosures and discovery responses are to be made:

  _X_ Periodically at 60-day intervals from the entry of scheduling and planning order.

  ____ As new information is acquired, but not later than 60 days before the close of discovery.

F.   A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

  ____ 45 days prior to the close of discovery.

  _X_ Not later than **November 10, 2006**

5.   **Pretrial Motions**.

  ____ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

   __X__ Motions to amend pleadings or add parties to be filed not later than **June 30, 2006**.

   __X__ Motions under the discovery rules must be filed not later than **February 2, 2007.**

   __X__ Motions in limine and dispositive motions must be filed not later than **February 2, 2007.**

6.    **Other Provisions**:

   A.    The parties do not request a conference with the court before the entry of the __X__ scheduling order.

   ____The parties request a scheduling conference with the court on the following issue(s):

   B.    Alternative Dispute Resolution. [D.Ak. LR 16.2]

   ____ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   __X__ The parties will file a request for alternative dispute resolution not later than **October 2, 2006.**

   __X__ Mediation    ____ Early Neutral Evaluation

   C.    The parties ____ do __X__ not consent to trial before a magistrate judge.

   D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   __X__ All parties have complied    ____ Compliance not required by any party

7.    **Trial**.

   A.    The matter will be ready for trial:

   ____ 45 days after the discovery close date.

         X  not later than **March 2, 2007**

    B.     This matter is expected to take   4   days to try.

    C. Jury Demanded       ___Yes   X No

        Right to jury trial disputed?     ___Yes    X No

DATED this 9th day of May , 2006.

                         HOWARD L. MARTIN, JR.
                         Attorney for Plaintiff

               By:   /s_____
                       Howard L. Martin, Jr.
                       ABA No. 9106011

                       19876 War Admiral Road
                       Eagle River, AK  99577
                       907-223-0215
                       martin58@gci.net

                       HUGHES BAUMAN PFIFFNER GORSKI
                       & SEEDORF LLC
                       Attorneys for Defendants

              By:   /s_____
                       James M. Seedorf
                       ABA No. 7710164

                       3900 C Street, Suite 1001
                       Anchorage, Alaska 99503
                       907-263-8225/907-263-8320 (fax)
                       jms@hbplaw.net