James M. Seedorf
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
email: jms@hbplaw.net

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD L. GIBSON<br><br>                   Plaintiff,<br><br>vs.<br><br>NOVA COMMUNICATION SERVICES LLC and FRED STROHMEYER,<br><br>                   Defendants. | Case No. 3:06-cv-00078-TMB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    Pursuant to F.R.C.P. 41(a)(i)(ii) it is hereby stipulated and agreed by and between the parties, through their respective counsel of record, that all claims in the above-entitled action be dismissed **with prejudice** and each party shall bear its own costs and attorney's fees, for the reason that the issues presented have been fully resolved by settlement and release.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

RESPECTFULLY SUBMITTED this 28th day of August, 2006.

HOWARD L. MARTIN, JR.
Attorney for Plaintiff

By: /s/ Howard L. Martin, Jr.
Howard L. Martin, Jr.
ABA No. 9106011

19876 War Admiral Road
Eagle River, AK 99577
907-223-0215
martin58@gci.net


HUGHES BAUMAN PFIFFNER GORSKI
& SEEDORF LLC
Attorneys for Defendants

By: /s/ James M. Seedorf
James M. Seedorf
ABA No. 7710164

3900 C Street, Suite 1001
Anchorage, Alaska 99503
907-263-8225/907-263-8320 (fax)
jms@hbplaw.net

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX